1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff(s),

VS.                                                                            2:04-CR-477-JCM-PAL

JACQUAN LEE RICHARD

          Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: September 23, 2010

_____
**U.S. DISTRICT JUDGE**