UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:04-cr-477-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER** |
| JACQUAN LEE RICHARD, | |
| Defendant. | |

On January 19, 2012, this Court held a hearing for revocation of supervised release as to defendant JACQUAN LEE RICHARD. The Court ordered that the case be continued to allow for a status conference and that the defendant reside at the residential re-entry center/Halfway House pending the next hearing.

Accordingly, IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JACQUAN LEE RICHARD reside in a residential re-entry center/Halfway House until his status conference currently set for February 21, 2012.

DATED: January 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

1